No. 452. THE PEOPLE *v.* LUGO ET AL.—Appeal from the District Court of Mayagüez. Motion by the *fiscal* to present in this court the original complaint filed against the appellants. Decided October 14, 1912. Motion granted. *Mr. Rafael López Landrón* for appellants. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 457. THE PEOPLE *v.* PEÑA.—Appeal from the District Court of San Juan, Section 2. Motion by the *fiscal* to withdraw motion to dismiss appeal. Decided October 14, 1912. Motion sustained. *Mr. Manuel F. Rossy* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 341. EX PARTE CINTRÓN.—Motion for approval of notarial bond executed by the National Surety Company. Decided October 14, 1912. Notarial bond approved. Petitioner appeared *per se.*

---

No. 887. AMADÉE ET AL. *v.* PÉREZ ET AL.—Appeal from the District Court of Humacao. Motion to dismiss appeal. Decided October 16, 1912. Motion overruled. *Mr. Manuel F. Rossy* for appellants. *Messrs. Muñoz* and *Brown* for respondents.

---

No. 16. THE PEOPLE *v.* LAPORTE.—Appeal from the District Court of Guayama. Petition for approval by this court of statement of the case. Decided October 16, 1912. Petition denied. *Mr. C. Domínguez Rubio* for petitioner. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 447. THE PEOPLE v. DÍAZ.—Appeal from the District Court of San Juan, Section 2. Motion of appellant to amend the record. Decided October 16, 1912. Motion overruled as unnecessary. *Mr. Herminio Díaz Navarro* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.